No. 5179.—PÉREZ, apldo., *v.* MARTÍNEZ, aplte.—C. D. Arecibo. Enero 14, 1930.

No apareciendo satisfactoriamente de los autos que la mo-

ción de desestimación ha sido notificada a la supuesta parte apelante ni a nadie en su representación, y no bastando la notificación por correo como en el presente caso cuando el supuesto abogado niega haberla recibido, se declara sin lugar la dicha moción de desestimación.